STATE OF NEW JERSEY v. JAMES P. MASCO.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GLENN TURNER.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KENOL LOISEAU.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EMORY JOHNSON (NOW KNOWN AS EMORY M. GHANA).

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TONY JACKSON.

November 15, 1988.

Petition for certification denied.